**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**District of Maryland**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
### Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **PP&G, Inc.** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | **Norma Jean's Gentleman's Club** <br> **Norma Jean's Baltimore** <br> **Norma Jean's** <br> **Norma Jeans Nite Club** <br> **Norma Jean Club** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 5 2 – 2 0 6 0 1 8 6 | |
| **4. Debtor's address** | **Principal place of business** <br><br> **10 Custom House Avenue** <br> Number   Street <br> **Baltimore, MD 21202** <br> City      State   ZIP Code <br><br> **Baltimore City** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number   Street <br> _____ <br> City      State   ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number   Street <br> _____ <br> City      State   ZIP Code |
| **5. Debtor's website (URL)** | _____ | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **PP&G, Inc.** Case number *(if known)*
Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**8  1  3  4**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When ____/____/____ Case number _____
  MM / DD / YYYY
  District _____ When ____/____/____ Case number _____
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ When ____/____/____
  MM / DD / YYYY
  Case number, if known _____

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page **2**

Debtor   **PP&G, Inc.**                                               Case number *(if known)* _____
             Name

| 11. Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                          Number    Street<br>_____<br>City                                                  State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>              Contact name _____<br>              Phone _____ |

### Statistical and administrative information

| 13. **Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. **Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| 15. **Estimated assets** | ☑ $0-$50,000                  ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000       ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million        ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor    **PP&G, Inc.**                                              Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/23/2024**
              MM/ DD/ YYYY

X  **/s/ Lisa Ireland**                                         **Lisa Ireland**
Signature of authorized representative of debtor                Printed name

Title   **President**

**18. Signature of attorney**

X   **/s/ Brett Weiss**                             Date  **05/23/2024**
Signature of attorney for debtor                          MM/ DD/ YYYY

**Brett Weiss**
Printed name

**The Weiss Law Group**
Firm name

**8843 Greenbelt Road 299**
Number        Street

**Greenbelt**                                    **MD**           **20770**
City                                             State            ZIP Code

**(301) 924-4400**                               **brett@BankruptcyLawMaryland.com**
Contact phone                                    Email address

**02980**                                        **MD**
Bar number                                       State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page **4**

| Fill in this information to identify the case: |
| --- |
| Debtor name: **PP&G, Inc.** |
| United States Bankruptcy Court for the: **District of Maryland** |
| Case number (if known): _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Alexis Easter<br>% Carpenter & Zuckerman<br>8827 W. Olympic Boulevard<br>Beverly Hills, CA 90211 | | FLSA Settlement | | | | $15,500.00 |
| 2 | American Express<br>Post Office 981535<br>El Paso, TX 79998 | | Credit Card | Disputed | | | $27,131.00 |
| 3 | AMW Investments Inc.<br>8252 EE Lansing Road<br>Durand, MI 48429 | | | Disputed | | | $480.03 |
| 4 | Andrew W. Balashov<br>8403 Colesville Road<br>Silver Spring, MD 20910 | | Attorney's Fees and Costs | | | | $105,532.04 |
| 5 | Baltimore Welding Supply<br>2417 Sparrows Point Road<br>Sparrows Point, MD 21219 | | CO2 Rental | | | | $27.56 |
| 6 | BMI<br>10 Music Square East<br>Nashville, TN 37203 | | Usage Fees | Disputed | | | $4,013.26 |
| 7 | Cloud Hosts<br>PO Box 2241<br>Brandon, FL 33509 | | Cloud Storage | | | | $197.00 |
| 8 | DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE, CO 80155-6550 | | Utility | Disputed | | | $699.94 |

Debtor **PP&G, Inc.** Case number *(if known)* _____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Dispense All USA<br>5917 Liberty Road<br>Gwynn Oak, MD 21207 | | | | | | $467.55 |
| 10 | Dorothy Ray<br>% Andrew G. Balashov<br>8403 Colesville Road<br>Silver Spring, MD 20910 | | FLSA Judgment | | | | $365,303.48 |
| 11 | Janasia Crumpler<br>% Carpenter & Zuckerman<br>8827 W. Olympic Boulevard<br>Beverly Hills, CA 90211 | | FLSA Settlement | | | | $15,500.00 |
| 12 | Marquita Butler<br>% Andrew G. Balashov<br>8403 Colesville Road 610<br>Silver Spring, MD 20910 | | FLSA Judgment | | | | $256,925.34 |
| 13 | Nicole Leach<br>% Andrew G. Balashov<br>8403 Colesville Road<br>Silver Spring, MD 20910 | | FLSA Judgment | | | | $199,091.92 |
| 14 | Ryan Morris<br>c/o Gregg Cohen Greenberg<br>8757 Georgia Avenue 400<br>Silver Spring, MD 20910 | | FLSA Settlement | | | | $20,000.00 |
| 15 | Shante Jackson<br>% Andrew G. Balashov<br>8403 Colesville Road<br>Silver Spring, MD 20910 | | FLSA Judgment | | | | $238,206.68 |
| 16 | Shantelle Niang<br>% Andrew W. Balashov<br>8403 Colesville Road<br>Silver Spring, MD 20910 | | FLSA Judgment | | | | $74,836.80 |
| 17 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Avenue<br>Oklahoma City, OK 73118 | | Utility | Disputed | | | $676.93 |
| 18 | Wagner<br>7204 May Wagner Lane<br>Glen Burnie, MD 21061 | | | | | | $22.08 |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

IN RE: **PP&G, Inc.**　　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **05/23/2024**　　Signature　　　　　**/s/ Lisa Ireland**
　　　　　　　　　　　　　　　　　　　　　Lisa Ireland, President

Alexis Easter
℅ Carpenter & Zuckerman
8827 W. Olympic Boulevard
Beverly Hills, CA 90211


American Express
Post Office 981535
El Paso, TX 79998


AMW Investments Inc.
8252 EE Lansing Road
Durand, MI 48429


Andrew W. Balashov
8403 Colesville Road
Silver Spring, MD 20910


B.F.C. Realty, LLP
6325 Erdman Avenue
21025


Baltimore Welding Supply
2417 Sparrows Point Road
Sparrows Point, MD 21219


BMI
10 Music Square East
Nashville, TN 37203


Chesapeake Beverage Co.
10000 Franklin Square Drive
Nottingham, MD 21236

Cloud Hosts
PO Box 2241
Brandon, FL 33509

DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE, CO 80155-6550

Dispense All USA
5917 Liberty Road
Gwynn Oak, MD 21207

Dorothy Ray
℅ Andrew G. Balashov
8403 Colesville Road
Silver Spring, MD 20910

Guitar Center Towson
1524 E Joppa Road
Towson, MD 21286

Janasia Crumpler
℅ Carpenter & Zuckerman
8827 W. Olympic Boulevard
Beverly Hills, CA 90211

Leighton Priestley
6312 Seven Corner Center
Falls Church, VA 22044

Marquita Butler
℅ Andrew G. Balashov
8403 Colesville Road 610
Silver Spring, MD 20910

Nicole Leach  
℅ Andrew G. Balashov  
8403 Colesville Road  
Silver Spring, MD 20910  

Paychex  
911 Panorama Trail South  
Rochester, NY 14625  

Ryan Morris  
c/o Gregg Cohen Greenberg  
8757 Georgia Avenue 400  
Silver Spring, MD 20910  

Shante Jackson  
℅ Andrew G. Balashov  
8403 Colesville Road  
Silver Spring, MD 20910  

Shantelle Niang  
℅ Andrew W. Balashov  
8403 Colesville Road  
Silver Spring, MD 20910  

Verizon  
by American InfoSource as agent  
4515 N Santa Fe Avenue  
Oklahoma City, OK 73118  

Wagner  
7204 May Wagner Lane  
Glen Burnie, MD 21061  

Winstar Payments  
3810 Northdale Boulevard 200  
Tampa, FL 33624